IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2013 APR 17 PM 5:11
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **SEALED INDICTMENT** |
| Plaintiff, | § | |
| | § | CRIMINAL NO. EP-13-CR-_____ |
| v. | § | |
| | § | CT 1: 21:963-Conspiracy to Import a Controlled Substance; |
| | § | CT 2: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; |
| MARY ANN BRISENO (3), | § | |
| Defendants. | § | **EP13CR0799** |

THE GRAND JURY CHARGES:

## COUNT ONE
(21 U.S.C. § 963, 952(a) & 960(a)(1) & 960(b)(2)(G))

That on or about February 28, 2009, and continuing through and including on or about July 13, 2011, in the Western District of Texas, Defendants,

**MARY ANN BRISENO,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(G).

## COUNT TWO
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(B)(vii))

That on or about February 28, 2009, and continuing through and including on or about July 13, 2011, in the Western District of Texas, Defendants,

**MARY ANN BRISENO,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney