PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

JUDGE PHILIP MARTINEZ

EP13CR0799

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: April 17, 2013 | MAG CT #: | FBI #: |
| CASE NO: EP-13-CR- | ASSISTANT U.S. ATTORNEY: KERRY BLACKBURN | |

| DEFENDANT: **MARY ANN BRISENO** | DOB: REDACTED |
|---|---|

ADDRESS: REDACTED

CITIZENSHIP: U.S.    INTERPRETER NEEDED: No    LANGUAGE: N/A

DEFENSE ATTORNEY:
ADDRESS:                                          EMPLOYED _____
                                                  APPOINTED _____

DEFENDANT IS: Not Arrested
       ADDRESS:

| DATE OF ARREST: | BENCH WARRANT: |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

PROSECUTION BY: SEALED INDICTMENT

OFFENSE (Code and Description):
CT 1: 21:963 – Conspiracy to Import a Controlled Substance
CT 2: 21:846 & 841(a)(1) – Conspiracy to Possess a Controlled Substance with Intent to Distribute

OFFENSE IS: FELONY

MAXIMUM SENTENCE:
**CTS 1 & 2**: 5-40 YRS/$5 MILLION/AT LEAST 4 YRS MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT

PENALTY IS MANDATORY: YES (5 YRS)

REMARKS: ICE/HSI – Kathy McGlone

WDT-Cr-3