

U.S. Department of Justice

**United States Marshals Service**
*Western District of Texas*

---

*United States Courthouse*
*Room 305*
*511 E. San Antonio Street*
*El Paso, Texas 79901*

April 25, 2013

**MEMORANDUM TO:** United States Attorney's Office
Attn: AUSA Jose Luis Gonzalez

**FROM:** Ramona Rivera, Operations Support Specialist
W/TX - El Paso Division - Warrants Section

**SUBJECT:** Notice of Incarceration of Federal Prisoner

The below-named defendant was arrested:

| | |
|---|---|
| **DEFENDANT:** | BRISENO, Mary |
| **CASE #(S):** | EP: 13-CR-799-PRM(3) |
| **VIOLATION(S):** | CPWID Marijuana |
| **DATE OF ARREST/DETAINER:** | April 23, 2013 |
| **INCARCERATED IN:** | El Paso Co. Detention Facility |
| | (County Jail/*BOP/TDC) **Contact the USMS Criminal Clerk @ 534-6779 to coordinate defendant's arrival.** |

*Detainer filed with_____by the United States Marshals Service in _____ The United States Attorney needs to provide the United States Marshals Service with a Writ of Habeas Corpus ad prosequendum to bring defendant to court.*

cc: U.S. District Clerk/U.S. Magistrate
U.S. Probation
U.S. Marshals Service (Criminal Clerk)
U.S. Marshals Service (D.E.O.)
U.S. Marshals Service (USM123 File)
Mexican Consulate