PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TEXAS**

FILED
2016 APR 11 PM 3:08
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## Report on Offender Under Supervision

**Name of Offender:** Mary Ann Briseno

**Case Number:** EP-13-CR-799PRM(3)

**Name of Sentencing Judicial Officer:** Philip R. Martinez, U.S. District Judge

**Date of Original Sentence:** November 14, 2013

**Original Offense:** Conspiracy to Import a Controlled Substance, to wit: Marijuana > 100 Kilograms, in violation of 21 U.S.C. §§ 963, 952 and 960

**Original Sentence:** Thirty-seven (37) months custody followed by three (3) years supervised release

**Type of Supervision:** Supervised release

**Date Supervision Commenced:** November 2, 2015

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number 1:** The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

> **Nature of Noncompliance:** Mary Ann Briseno began her three (3) year term of supervised release on November 2, 2015. On November 3, 2015, Briseno reported to the U.S. Probation Office as instructed and inquired if she and David Villanueva, a co-defendant in this case, would be able to continue their relationship and reside with each other. Briseno advised she and Villanueva have been in a relationship since 2011, and they hope to get married in the near future. David Villanueva commenced his five (5) year term of supervised release on December 23, 2015. On February 2, 2016, Briseno was asked if she and Villanueva corresponded while in BOP custody. Briseno admitted they did and advised they were granted permission to correspond by their respective case managers due to the length and nature of their relationship. Briseno commented they would not have been able to correspond otherwise.

## U.S. Probation Officer Action:

Briseno has maintained stable employment and residence in El Paso, Texas. After Briseno disclosed the extent of her relationship with Villanueva, the U.S. Probation Office instructed the defendant to have minimal contact and cohabitation was denied. It appears that Briseno has complied with this officer's directives and she has been responsive to the officer's instruction.

It should be noted, David Villanueva's case is currently assigned to U.S. Probation Officer Betty Tellez-Hernandez and we have been working collaboratively in supervising both Briseno and Villanueva and monitoring their associations. Briseno and Villanueva have both expressed an interest to continue their relationship and/or possibly co-habitate if approved by the Court. U.S. Probation Officer Tellez-Hernandez and this officer are both in agreement to make a recommendation to the Court to approve this relationship.

It is recommended that no Court action be taken against Briseno due to the aforementioned and because she has responded to the officer's instructions regarding her relationship with Villanueva. As a general rule for supervision cases, the decision for continued relationships is considered on a case by case basis. In this case, both Briseno and Villanueva are genuinely interested in developing their relationship and since both individuals are generally in compliance with their supervision responsibilities, it is recommended that Briseno be allowed to move forward with this relationship dependent on their continued compliance under supervision. Briseno is requesting permission from the Court to reside with co-defendant, David Villanueva, and the U.S. Probation Office is in favor of allowing same but will act on the Court's decision in this matter.

Respectfully submitted,

Betty E. Jacquez
U.S. Probation Officer
Office (915) 585-6547
Cellular (915) 861-8560
Date: April 6, 2016

Approved by,

Enrique Lopez, Jr.
Supervising U.S. Probation Officer
Office (915) 585-6554
Cellular (915) 861-8982

Mary Ann Briseno
Docket No. EP-13-CR-799PRM(1)
Report on Offender Under Supervision
Page 3

**COURT ACTION RECOMMENDED:**

[ ]   Concur with above action

[X]   No action

[ ]   Submit a Petition for Warrant or Summons

[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

[ ]   Other:

_____
Philip R. Martinez, U.S. District Judge

April 8, 2016
Date